B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Townsends, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**51-0050681** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**22855 DuPont Boulevard**<br>**Georgetown, DE**<br>ZIP CODE **19947** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Sussex County, Delaware** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Delaware, Arkansas, North Carolina** ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>--------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☑ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☑ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Townsends, Inc. ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Townsends, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X */s/ Derek C. Abbott*<br>Signature of Attorney for Debtor(s)<br>Derek C. Abbott<br>Printed Name of Attorney for Debtor(s)<br>Morris, Nichols, Arsht & Tunnell LLP<br>Firm Name<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Address<br>302-658-9200<br>Telephone Number<br>12/19/2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ George C. White*<br>Signature of Authorized Individual<br>George C. White<br>Printed Name of Authorized Individual<br>Chief Financial Officer<br>Title of Authorized Individual<br>12/19/2010<br>Date | |

## PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF DEBTOR

- Townsend Farms, Inc.
- Townsends of Arkansas, Inc.
- Townsend Farms of Arkansas, Inc.
- Crestwood Farms LLC

# FORMER NAMES OF DEBTOR TOWNSENDS, INC.

- Boynton Beach I
- Boynton Beach II
- Colonnade I
- Colonnade II
- Georgetown I
- Pocono Foods
- The Atrium
- Townsend
- Townsend Foods
- Townsend Sales Corp
- Townsend Specialty Foods
- Townside
- Townside Festival
- TP Eight LLC
- TP Eleven LLC
- TP Five LLC
- TP Four LLC
- TP Nine LLC
- TP One LLC
- TP Poultry Inc.
- TP Seven LLC
- TP Six LLC
- TP Ten LLC
- TP Three LLC
- TP Two LLC
- TPRE LLC
- Ultimate Way I
- Ultimate Way II
- Wellington Manor

# SECRETARY'S CERTIFICATE

I, George C. White, do hereby certify that (a) I am the duly elected, qualified and acting Secretary of Townsends, Inc., a Delaware corporation (the "Company"), (b) the following are true and correct copies of the resolutions duly adopted by the Board of Directors of the Company (the "Board") at a special meeting of the Board held on December 19, 2010 pursuant to the Bylaws of the Company, and (c) such resolutions are now in full force and effect and have not been modified or rescinded:

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code;

**FURTHER RESOLVED**, that the officers of the Company (collectively, the "Authorized Persons" and each an "Authorized Person") be, and each hereby is, authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Person executing said petition on behalf of the Company shall determine;

**FURTHER RESOLVED**, that the Authorized Persons or any one of them be, and each hereby is, authorized to execute and file or cause to be executed and filed (or direct others to do so on their behalf) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to take any and all action which they deem necessary and proper in connection with the chapter 11 case;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person, or any designee of an Authorized Person, to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**FURTHER RESOLVED**, that the Authorized Persons be, and each hereby is, authorized to retain and take all actions necessary to effect the retention and employment of Morris, Nichols, Arsht & Tunnell, LLP, as its bankruptcy counsel, and McKenna Long & Aldridge LLP, as its special counsel, and such other attorneys, advisors, individuals, or entities for the Company in connection with the chapter 11 case or any matter related thereto;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, any credit agreement, guarantee and/or security instrument containing such provisions, terms,

conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Person or Authorized Persons so acting; and

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, any disclosure statement and other plan documents as may be deemed necessary or appropriate by the Authorized Person or Authorized Persons so acting.

*(Signature appears on following page)*

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of the Company this 19th day of December, 2010.

_____*George C. White*_____(SEAL)
George C. White

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC.[1] | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Pending) |
| | ) | |
| | ) | |

## LIST OF CREDITORS

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditors List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditors List is being submitted to the Court electronically under separate notice.

December 19, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek C. Abbott
_____
Derek C. Abbott (Bar No. 3376)
Ann C. Cordo (Bar No. 4817)
Chad A. Fights (Bar No. 5006)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors and Debtors-in-Possession*

---

[1] The Debtor is the following entity (followed by the last four digits of its tax identification number): Townsends, Inc. (0681), 22855 DuPont Boulevard, Georgetown, DE 19947.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TOWNSENDS, INC., *et al.*,[1] | ) Case No. 10-_____ (___) |
| Debtors. | ) (Joint Administration Pending) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The consolidated list of the thirty (30) largest unsecured creditors of the Debtors (the "Top 30 List") is based on the Debtors' books and records as of approximately December 17, 2010, and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (i) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code, or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.[2]

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] The information set forth in the Top 30 List is submitted for compliance with Fed. R. Bankr. P. 1007(d) only and shall not constitute an admission by, nor is it binding on, the Debtors.

In re: TOWNSENDS, INC., *et al.*  
           Debtors.

Case No. 10-_____ (___)  
Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| INTERNATIONAL PAPER CO. PO BOX 644095 PITTSBURGH, PA 15264 | JEFF STOCKS INTERNATIONAL PAPER CO. PO BOX 644095 PITTSBURGH, PA 15264 TEL: 803-960-4695 FAX: 919-663-4155 | TRADE PAYABLE | | | | $1,689,249.29 |
| COMMODITY SPECIALISTS COMPANY PO BOX 802233 KANSAS CITY MO 64180 | ROSS BRAINARD COMMODITY SPECIALISTS COMPANY PO BOX 802233 KANSAS CITY MO 64180 TEL: 800-769-0407 FAX: 913-345-0704 | TRADE PAYABLE | | | | $1,017,884.32 |
| CARGILL, INC. PO BOX 0283 PITTSBURGH, PA 15264 | DERRICK NUNN PO BOX 0283 PITTSBURGH, PA 15264 TEL: 919-899-6628 FAX: 919-899-6630 | TRADE PAYABLE | | | | $918,772.94 |
| FGDI, LLC 2160 MORNINGSIDE DRIVE SUITE 100 BUFORD, GA 30518 | MICHAEL BOYD FGDI, LLC 2160 MORNINGSIDE DRIVE SUITE 100 BUFORD, GA 30518 TEL: 800-241-8074 FAX: 770-932-3797 | TRADE PAYABLE | | | | $747,442.47 |
| WEST CENTRAL RR3 BOX 335 ADRIAN, MO 64720 | MICHELLE OHNEMUS WEST CENTRAL RR3 BOX 335 ADRIAN, MO 64720 TEL: 573-876-5321 FAX: 573-876-5543 | TRADE PAYABLE | | | | $713,231.63 |

In re: TOWNSENDS, INC., et al.  
           Debtors.

Case No. 10-_____ (___)  
Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| ACKERMAN-BEARDSLEY-BENNETT,INC<br>PO BOX 556<br>WILLISTON, CT 05495 | DAN TAYLOR<br>ACKERMAN-BEARDSLEY-BENNETT,INC<br>PO BOX 556<br>WILLISTON, CT 05495<br>TEL: 802-863-9800<br>FAX: 802-863-5123 | TRADE PAYABLE | | | | $525,731.25 |
| H. J. BAKER & BRO., INC.<br>DEPT CH 19197<br>PALANTINE, IL 60055 | MIKE FLOYD<br>H. J. BAKER & BRO., INC.<br>DEPT CH 19197<br>PALANTINE, IL 60055<br>TEL: 203-451-5776<br>FAX: 203-227-8351 | TRADE PAYABLE | | | | $462,904.71 |
| VENTURE MILLING COMPANY<br>P.O. BOX 200015<br>PITTSBURGH, PA 15251 | ROCKY ABELL<br>VENTURE MILLING COMPANY<br>P.O. BOX 200015<br>PITTSBURGH, PA 15251<br>TEL: 800-525-1992<br>FAX: 410-341-2603 | TRADE PAYABLE | | | | $448,327.90 |
| NOVUS L.L.L.P.<br>3526 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | SHERRY MCCOMAS<br>NOVUS L.L.L.P.<br>3526 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>TEL: 919-567-0614<br>FAX: 314-576-6821 | TRADE PAYABLE | | | | $412,135.00 |
| DANISCO US INC.<br>PO BOX 7247-8528<br>PHILADELPHIA, PA 19170 | REID NEWCOMB<br>DANISCO US INC.<br>PO BOX 7247-8528<br>PHILADELPHIA, PA 19170<br>TEL: 410-726-2054<br>FAX: 314-231-7533 | TRADE PAYABLE | | | | $346,624.66 |

In re: TOWNSENDS, INC., *et al.*  
    Debtors.

Case No. 10-_____ (___)  
Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent | Unliquidated | Disputed | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| INSTALL INC.<br>PO BOX 1323<br>SANFORD, NC 27331 | KENNETH CRONCH<br>INSTALL INC.<br>PO BOX 1323<br>SANFORD, NC 27331<br>TEL: 919-774-0506<br>FAX: 919-774-1250 | TRADE PAYABLE | | | | $318,483.81 |
| ARCHER DANIELS MIDLAND CO<br>1935 EAST EUCLID AVE<br>DES MOINES, IA 50313 | KEVIN ROEPKE<br>1935 EAST EUCLID AVE<br>DES MOINES, IA 50313<br>TEL: 515-263-3250<br>FAX: 515-263-3282<br><br>BETSY WILHEM<br>FAX: 217-451-3957 | TRADE PAYABLE | | | | $317,144.36 |
| MINNESOTA SOYBEAN PROCESSORS<br>121 ZEH AVE.<br>BREWSTER, MN 56119 | JENNIFER MORRIS<br>MINNESOTA SOYBEAN PROCESSORS<br>121 ZEH AVE.<br>BREWSTER, MN 56119<br>TEL: 888-842-6677<br>FAX: 507-842-0086 | TRADE PAYABLE | | | | $304,119.85 |
| BALTZ FEED<br>PO BOX 20<br>POCAHONTAS, AR 72455 | JEREMY BALTZ<br>BALTZ FEED<br>PO BOX 20<br>POCAHONTAS, AR 72455<br>TEL: 870-892-4591<br>FAX: 870-892-4591 | TRADE PAYABLE | | | | $297,678.95 |
| ATLANTIC CORP<br>PO BOX 60002<br>CHARLOTTE, NC 28260 | NORM DUNLAP<br>PO BOX 60002<br>CHARLOTTE, NC 28260<br>TEL: 336-668-0081<br>FAX: 336-605-9366<br>FAX: 336-605-0647 | TRADE PAYABLE | | | | $294,630.93 |

In re: TOWNSENDS, INC., et al.  
              Debtors.

Case No. 10-_____ (___)  
Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| BUNZL PROCESSOR DIVISION<br>12240 COLLECTIONS CENTER<br>CHICAGO, IL 60693 | CHRIS KRELLER<br>BUNZL PROCESSOR DIVISION<br>12240 COLLECTIONS CENTER<br>CHICAGO, IL 60693<br>TEL: 800-225-1129<br>FAX: 816-561-3286 | TRADE PAYABLE | | | | $288,914.96 |
| MORRIS FARM CENTER<br>PO BOX 323<br>PIGGOTT, AR 72451 | BECKY POCHE<br>MORRIS FARM CENTER<br>PO BOX 323<br>PIGGOTT, AR 72451<br>TEL: 870-892-8419<br>FAX: 870-598-2035 | TRADE PAYABLE | | | | $288,841.80 |
| NAYLOR AG<br>PO BOX 7<br>NAYLOR, MO 63953 | TODD SMITH<br>NAYLOR AG<br>PO BOX 7<br>NAYLOR, MO 63953<br>TEL: 573-399-2223<br>FAX: 573-399-2248 | TRADE PAYABLE | | | | $270,607.43 |
| IMPERIAL FREEZER SERVICES, LLC<br>111 IMPERIAL DRIVE<br>SANFORD, NC 27330 | CHUCK MCCARTHY<br>IMPERIAL FREEZER SERVICES, LLC<br>111 IMPERIAL DRIVE<br>SANFORD, NC 27330<br>TEL: 919-775-4474<br>FAX: 919-775-4459 | TRADE PAYABLE | | | | $253,503.60 |
| VANCE CUPP & SONS<br>BOX 6<br>LIGHT, AR 72439 | VANCE CUPP<br>VANCE CUPP & SONS<br>BOX 6<br>LIGHT, AR 72439<br>TEL: 870-573-6785<br>FAX: 870-573-6644 | TRADE PAYABLE | | | | $252,872.36 |

In re: TOWNSENDS, INC., *et al.*
               Debtors.

Case No. 10-_____ (___)
Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| PORTIA GRAIN<br>1403 HWY 67<br>HOXIE, AR 72433 | MARTY PACE<br>PORTIA GRAIN<br>1403 HWY 67<br>HOXIE, AR 72433<br>TEL: 800-955-1578<br>FAX: 870-886-7087 | TRADE PAYABLE | | | | $238,783.56 |
| BRASWELL MILLING COMPANY<br>PO BOX 536800<br>ATLANTA, GA 30353 | RUSS POWELL<br>BRASWELL MILLING COMPANY<br>PO BOX 536800<br>ATLANTA, GA 30353<br>TEL: 252-459-2143<br>FAX: 252-459-3104 | TRADE PAYABLE | | | | $231,118.55 |
| GEORGIA-PACIFIC CORRUGATED LLC<br>PO BOX 93350<br>CHICAGO, IL 60673 | BRANSON HOWELL<br>GEORGIA-PACIFIC CORRUGATED LLC<br>PO BOX 93350<br>CHICAGO, IL 60673<br>TEL: 336-407-3909<br>FAX: 410-546-1384 | TRADE PAYABLE | | | | $215,863.19 |
| VALLEY PROTEINS, INC.<br>PO BOX 643393<br>CINCINNATI, OH 45264 | TINA LILLIS<br>VALLEY PROTEINS, INC.<br>PO BOX 643393<br>CINCINNATI, OH 45264<br>TEL: 540-877-3244<br>FAX: 703-877-3215 | TRADE PAYABLE | | | | $206,383.15 |
| WHITE RIVER PETROLEUM<br>P O BOX 2464<br>BATESVILLE, AR 72503 | MR. OTIS<br>WHITE RIVER PETROLEUM<br>P O BOX 2464<br>BATESVILLE, AR 72503<br>TEL: 870-793-2213<br>FAX: 870-793-2213 | TRADE PAYABLE | | | | $204,019.39 |

In re: TOWNSENDS, INC., *et al.*  Case No. 10-\_\_\_\_\_ (\_\_)
           Debtors.  Chapter 11

LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| TYSON FOODS, INC. P.O. BOX 533002 CHARLOTTE, NC 28290 | CHUCK MALONE TYSON FOODS, INC. P.O. BOX 533002 CHARLOTTE, NC 28290 TEL: 479-390-1177 FAX: 479-290-1192 | TRADE PAYABLE | | | | $191,981.40 |
| UNITED STATES COLD STORAGE INC. PO BOX 602102 CHARLOTTE, NC 28260 | STEP LOCKLEAR UNITED STATES COLD STORAGE NC. PO BOX 602102 CHARLOTTE, NC 28260 TEL: 910-739-1992 FAX: 910-739-1974 | WAREHOUSE MEN | | | | $182,952.93 |
| PACKAGING SPECIALTIES, INC. P.O. BOX 360 FAYETTEVILLE, AR 72702 | SCOTT BIGGS PACKAGING SPECIALTIES, INC. P.O. BOX 360 FAYETTEVILLE, AR 72702 TEL: 479-521-2580 FAX: 479-521-2748 | TRADE PAYABLE | | | | $178,148.19 |
| BATESVILLE COLD STORAGE PO BOX 2946 BATESVILLE, AR 72503 | STEVE THOMAS BATESVILLE COLD STORAGE PO BOX 2946 BATESVILLE, AR 72503 TEL: 870-698-2288 FAX: 870-698-0339 | WAREHOUSE MEN | | | | $166,158.03 |
| STEPHEN GOULD CORPORATION 1624 WESTGATE CIRCLE BRENTWOOD, TN 37027 | TIM LITTLE STEPHEN GOULD CORPORATION 1624 WESTGATE CIRCLE BRENTWOOD, TN 37027 TEL: 615-309-1800 FAX: 615-309-0802 | TRADE PAYABLE | | | | $161,818.27 |

3967601.3

# LIST OF CREDITORS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, George C. White, Chief Financial Officer of Townsends, Inc., declare under penalty of perjury that I have read the foregoing List of Creditors and that it is true and correct to the best of my knowledge, information and belief.

Date:      December 19, 2010

Signature:    */s/ George C. White*
                    George C. White
                    Chief Financial Officer

3955486.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
TOWNSENDS, INC.[1] ) Case No. 10-_____ (___)
)
      Debtor. ) (Joint Administration Pending)
)
)

## LIST OF EQUITY SECURITY HOLDERS

      The debtor in this chapter 11 case and certain affiliated entities each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Following is the list of Townsends, Inc.'s equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| The Indian River Trust | P.O. Box 4605<br>Wilmington, DE 19807 | 100% |

---

[1] The Debtor is the following entity (followed by the last four digits of its tax identification number): Townsends, Inc. (0681), 22855 DuPont Boulevard, Georgetown, DE 19947.

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, George C. White, Chief Financial Officer of Townsends, Inc., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Date: December 19, 2010

Signature: *George C. White*
George C. White
Chief Financial Officer

3955486.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) Chapter 11 |
| --- | --- |
| TOWNSENDS, INC.[1] | ) Case No. 10-_____ (___) |
| Debtor. | ) (Joint Administration Pending) |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

In accordance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned certifies that the following entities are corporations that directly or indirectly own 10% or more of any class of Townsends Inc.'s equity interests:

| Equity Holder | Address of Equity Holder |
| --- | --- |
| The Indian River Trust | P.O. Box 4065<br>Greenville, DE 19807 |
| P. Coleman Townsend | c/o The Indian River Trust<br>P.O. Box 4605<br>Wilmington, DE 19807 |
| Susan M. Townsend | c/o The Indian River Trust<br>P.O. Box 4605<br>Wilmington, DE 19807 |
| John M. Townsend | c/o The Indian River Trust<br>P.O. Box 4605<br>Wilmington, DE 19807 |
| Laura T. Faber | c/o The Indian River Trust<br>P.O. Box 4605<br>Wilmington, DE 19807 |

Date: December 19, 2010

Signature: _/s/ George C. White_
George C. White
Chief Financial Officer

---

[1] The Debtor is the following entity (followed by the last four digits of its tax identification number): Townsends, Inc. (0681), 22855 DuPont Boulevard, Georgetown, DE 19947.