# EXHIBIT A

# Utility Providers

| Utility Provider | Debtor(s)* | Service Location* | Service | Utility Provider Address | Account Number | 2010 Average Monthly Payment | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| Adcock Communications | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Voice and Data Connections | 125 Cornish Ln, Batesville AR 72501 | N/A | $241.54 | $120.77 |
| Allied Waste Services # 425 | Townsends, Inc. | Georgetown, DE | Trash Pickup | 9140 Ocean Hwy. Delmar, DE 21875 | 3-0425-0077552 | $175.00 | $87.50 |
| Allied Waste Services # 939 | Townsends, Inc.; Townsend Farms, Inc. | Pittsboro, NC | Trash Pickup | 5111 Chin Page Rd. Durham, NC 27703-8405 | 3-0939-1145515 | $112.00 | $56.00 |
| American Presence, Inc. | All | N/A | Telecome - Truck Driver Call In | 1020 W. Eau Gallie Blvd. Melbourne, FL 32935 | N/A | $191.17 | $95.59 |
| AT Conference Inc. | All | N/A | Telecom - Audio Conference Calling | P.O. Box 2939 Southampton, NY 11969 | TG10031241 | $307.75 | $153.88 |
| AT&T | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Local Voice Lines | 208 S. Akard St. Dallas, TX 75202 | 87079375112182; 87079984231985; 87079375112182; 87030704522179: 87061283462172; 87061251632178; 87079344472170; 87079309072171; 87030707151901; 87079344432174 | $2,304.97 | $1,152.49 |
| AT&T | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Arkansas Voice and Data Line | 208 S. Akard St. Dallas, TX 75202 | 3100711571702 | $416.25 | $208.13 |
| AT&T | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Arkansas - Local Voice Services | 208 S. Akard St. Dallas, TX 75202 | 87079375112182 | $135.98 | $67.99 |
| AT&T Communication Systems SE | Crestwood Farms LLC | Mocksville, NC | Telecom - Telephone System Maintenance | 208 S. Akard St. Dallas, TX 75202 | 47201 | $67.73 | $33.87 |
| AT&T Mobility | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Mobile Telephones | Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA 31132 | 828137144; 828192981; 828091445 | $2,011.77 | $1,005.89 |

Exhibit A
Utility Providers

| Utility Provider | Debtor(s)* | Service Location* | Service | Utility Provider Address | Account Number | 2010 Average Monthly Payment | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| Avaya, Inc. (Acct. #0101917948) | Townsends, Inc.; Townsend Farms, Inc.; Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR; Georgetown, DE; Pittsboro, NC; Silver City, NC | Telecom - Hardware Maintenance for Telephone Systems | 211 Mt. Airy Rd. Basking Ridge, NJ 07920 | 0101917948 | $3,900.64 | $1,950.32 |
| Avaya, Inc. (Acct. #0102133518) | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Arkansas Telephone Programming | 211 Mt. Airy Rd. Basking Ridge, NJ 07920 | 0102133518 | $25.68 | $12.84 |
| Avaya, Inc. (Acct. #0102133553) | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Mocksville, NC; Pittsboro, NC; Siler City, NC | Telecom - North Carolina Telephone Programming | 211 Mt. Airy Rd. Basking Ridge, NJ 07920 | 0102133663 | $11.82 | $5.91 |
| Batesville Water Utilities | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Water, Sewer, Sanitation | PO Box 2375 500 E. Main St. Batesville, AR 72503 | 922-00150-00; 912-03670-00; 940-00010-00 | $146,362.46 | $73,181.23 |
| Centerpoint Energy | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Natural Gas | PO Box 2628 Houston, TX 77252 | 673888-4 | $3,145.20 | $1,572.60 |
| Centerpoint Energy | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Natural Gas | PO Box 2628 Houston, TX 77252 | 673886-8 | $1,147.03 | $573.52 |
| Centerpoint Energy | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Natural Gas | PO Box 2628 Houston, TX 77252 | 673896-7 | $439.29 | $219.65 |
| Centerpoint Energy | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Natural Gas | PO Box 2628 Houston, TX 77252 | 673898-3 | $425.22 | $212.61 |
| Centerpoint Energy Serve. Inc. | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Natural Gas | 470 North Kirkwood Suite 200 St. Louis, MO 63122 | 24173; 24163 | $83,507.47 | $41,753.74 |
| Central Electric Membership | Townsends, Inc. | Pittsboro, NC; Siler City, NC | Electricity | 128 Wilson Rd. Sanford, NC 27331 | 4167901 | $792.56 | $396.28 |

| Utility Provider | Debtor(s)* | Service Location* | Service | Utility Provider Address | Account Number | 2010 Average Monthly Payment | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| Centurylink | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Mocksville, NC; Pittsboro, NC; Siler City, NC | Telecom - Local Voice Lines | 100 Centurytel Dr. Monroe, LA 71203-2041 | 9195425546093; 9195425834332; 9195423215086; 9195421401054; 9195421279407; 9198372211032; 9198375230024; 9198375614380; 9198372123980; 9196632050241; 3367514751524 | $7,474.13 | $3,737.07 |
| Centurylink | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Bonlee, NC | Telecom - North Carolina Telephone Maintenance | 100 Centurytel Dr. Monroe, LA 71203-2041 | 20852400 | $53.73 | $26.87 |
| Chatham County Utilities | Townsend Farms, Inc. | Pittsboro, NC | Water | Tax Office 12 East St. Pittsboro, NC 27312 and PO Box 910 Pittsboro, NC 27312-0910 | 10601-4868; 10419-8464; 14053-4906 | $4,819.11 | $2,409.56 |
| Cobb EMC | Townsends, Inc. | Kennesaw, GA | Electricity | 1000 EMC Parkway Marietta, GA 30061 | 0805795907 | $1,937.89 | $968.95 |
| Delmarva Power | Townsends, Inc. | Georgetown, DE | Electricity | PO Box 17000 Wilmington, DE 19886 | 3153 0649 9999 | $2,041.45 | $1,020.73 |
| Downum's Waste Services, Inc. | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Newark | Trash Pickup | P Box 9364 Jonesboro, AR 72403 | Townsends-Newark | $1,047.00 | $523.50 |
| Duke Energy | Crestwood Farms LLC | Mocksville, NC | Electricity | PO Box 1090 Charlotte, NC 28201-1090 | 1252614931; 1347623404; 1963676297 | $66,710.34 | $33,355.17 |
| Entergy | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Electricity | 417 Pride Dr. Hammond, LA 70401 | 3293222; 5373246 | $192,849.53 | $96,424.77 |
| First Electric Cooperative | Townsend Farms of Arkansas, Inc. | Batesville, AR | Electricity | 150 Industrial Park Rd. Heber Springs, AR 72543 | 2000759200 | $48.34 | $24.17 |
| McDaniel, James Bruce | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Mocksville, NC; Pittsboro, NC; Siler City, NC | Telecom - North Carolina Pager Service | 2705 Bethesda, Rd. Batesville, AR 72501 | N/A | $30.45 | $15.23 |

| Utility Provider | Debtor(s)* | Service Location* | Service | Utility Provider Address | Account Number | 2010 Average Monthly Payment | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| Metropolitan Edison Co. | Townsends, Inc. | Pocono, PA | Electricity | 76 S. Main St. Akron, OH 44308 | 10 00 59 8570 9 2 | $2,414.20 | $1,207.10 |
| Newark Water & Sewer Department | Townsend Farms of Arkansas, Inc. | Batesville, AR | Water, Sewer | 150 W Front St. Newark, AR 72562 | 1 - 435, 1 - 553 | $3,003.07 | $1,501.54 |
| North Carolina Department of Environment and Natural Resources - Div. of Water Quality | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Mocksville, NC; Pittsboro, NC; Siler City, NC | Water Permit Fees | 512 N. Salisbury Street Raleigh, NC 27604 | N/A | $328.64 | $164.32 |
| Progress Energy Carolinas, Inc. | Townsends, Inc.; Townsend Farms, Inc. | Pittsboro, NC; Siler City, NC | Electricity | 410 S. Wilmington Street Raleigh, NC 27601 | 260 837 8317; 276 237 8319; 325-737-8319; 331 237 8312; 387 232 4672; 489 637 8314; 544 637 8316; 767 810 2349; 828 437 8315 | $223,750.82 | $111,875.41 |
| PSNC Energy | Townsends, Inc. | Pittsboro, NC; Siler City, NC | Natural Gas | P.O. Box 100256 Columbia, SC 29202 | 9-1981-0420-6125; 9-1981-0177-8033; 9-1981-0420-6130 | $12,532.05 | $6,266.03 |
| Republic Services # 603 | Crestwood Farms LLC | Mocksville, NC | Trash Pickup | 2875 Lowery St. Winston-Salem, NC 27101 | 3-0603-5808779 | $38,850.00 | $19,425.00 |
| Republic Services of Troy (Allied Waste) | Townsends, Inc.; Townsend Farms, Inc. | Pittsboro, NC; Siler City, NC | Trash Pickup | 1137 Albemarie Rd., Troy, NC 27371 | 3-0778-0039784; 3-0778-0040097; 3-0778-0109140; 3-0778-0075333; 3-0778-0074906; 3-0778-0039214 | $9,298.00 | $4,649.00 |
| Sprint | Townsends, Inc.; Townsend Farms, Inc.; Crestwood Farms LLC | Bonlee, NC | Telecom - Internet Service | 2001 Edmund Halley Dr. Overland Park, KS 66251 | 857237511 | $50.74 | $25.37 |
| Sprint Communications CO., L.P. - Email Spam | All | N/A | Telecom - Email Spam Service | 13221 Woodland Park Rd. Herndon, VA 20171 | 7022252 | $412.50 | $206.25 |

Exhibit A
Utility Providers

| Utility Provider | Debtor(s)* | Service Location* | Service | Utility Provider Address | Account Number | 2010 Average Monthly Payment | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| Sudden Link | Townsends of Arkansas, Inc.; Townsend Farms of Arkansas, Inc. | Batesville, AR | Telecom - Cable Service | 12444 Powerscourt Dr. Suite 450 St. Louis, MO 63131 | 100001 0802 701445301 | $35.81 | $17.91 |
| Town of Georgetown | Townsends, Inc. | Delaware | Water/Sewer | 39 The Circle Goergetown, DE 19947 | 1577-0 | $75.00 | $37.50 |
| Town of Mocksville | Crestwood Farms LLC | Mocksville, NC | Water, Sewer | 171 Clement St. Mocksville, NC 27028 | 7854, 7855, 1446 | $12,629.53 | $6,314.77 |
| Town of Mocksville | Crestwood Farms LLC | Mocksville, NC | Water, Sewer | 171 Clement St. Mocksville, NC 27028 | 001445.00 | $581.13 | $290.57 |
| Town of Pittsboro | Townsends, Inc. | Pittsboro, NC | Water, Sewer | 635 East St. PO Box 759 Pittsboro, NC 27312 | 2328, 1058 | $27,022.05 | $13,511.03 |
| Town of Siler City | Townsends, Inc. | Siler City, NC | Water, Sewer | 311 N. 2nd Ave. Siler City, NC 27344 | 4288, 4289 | $137,439.39 | $68,719.70 |
| Verizon | Townsends, Inc.; Townsend Farms, Inc. | Georgetown, DE | Telecom - Local Voice Lines | 140 West St. New York, NY 10007 | 302858513067211Y; 302854671695398Y; 302854671695398Y; 302855710078074Y; 302875122848260Y; 302855109679474Y | $1,085.94 | $542.97 |
| Verizon Wireless [22050074] | All | Batesville, AR; Georgetown, DE; Pittsboro, NC; Silver City, NC | Telecom - Mobile Telephones and Data | 15 Federal Rd. Brookfield CT 06804 | 970078-01; 970078-013; 970078-014 | $7,185.79 | $3,592.90 |
| Verizon Wireless [22050003] | All | Batesville, AR; Georgetown, DE; Pittsboro, NC; Silver City, NC | Telecom - Mobile Telephones and Data | 15 Federal Rd. Brookfield CT 06804 | 970078-01; 970078-013; 970078-014 | $2,444.12 | $1,222.06 |
| Waste Management of Atlanta | Townsends, Inc. | Kennesaw, GA | Trash Pickup | 1850 Parkway Place Marietta, GA 30067 | 731-0050492-2777-9 | $150.00 | $75.00 |
| WM of Sanford | Townsends, Inc.; Townsend Farms, Inc. | Bonlee, NC | Trash Pickup | 1850 Parkway Place Marietta, GA 30067 | 356-0009661-0356-6 | $4,560.00 | $2,280.00 |
| | | | | | **Totals** | **$1,006,582.28** | **$503,291.14** |

Page 5 of 5
3966911