# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re                                      : Chapter 11
                                           :
TOWNSENDS, INC., et al.[1]                 : Case No. 10-14092
                                           :
                        Debtors.           : (Joint Administration Pending)
----------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Joseph P. Davis III, Esquire of Greenberg Traurig, LLP, counsel to represent Wilmington Trust Company in the above-captioned action.

Dated: December 20, 2010

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tele: (302) 661-7000
Fax: (302) 661-7360
melorod@gtlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission of this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Joseph P. Davis III
Joseph P. Davis III, Esquire
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
(617) 310-6000
davisjo@gtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December __, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farm of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

DEL 86,352,730v1