# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |
| | ) | Hearing Date: December 20, 2010 at 2:00 p.m. (ET)[2] |
| | ) | Hearing Date: December 21, 2010 at 11:00 a.m. (ET)[3] |

## DEBTORS' NOTICE OF HEARING ON VARIOUS MOTIONS AND APPLICATIONS FOR FIRST DAY RELIEF

**PLEASE TAKE NOTICE** that on December 19, 2010, the above-captioned entities (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Debtors continue to operate their businesses and manage their properties, as debtors and debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to § 362 of the Bankruptcy Code.

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] The hearing on December 20, 2010 at 2:00 p.m. (ET) will address limited relief only relating to the motions listed on page 2 of this notice.

[3] The hearing on December 21, 2010 at 11:00 a.m. (ET) will address all other motions listed on pages 3-4 of this notice.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Interim Hearing") will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **December 20, 2010 at 2:00 p.m. (ET)** on limited relief relating to the following motions and supporting documents requesting certain "first day" relief (collectively, the "Limited Relief Motions"), which were filed by the Debtors in connection with their chapter 11 cases (the "Cases"):

| D.I. NO. | TITLE |
| --- | --- |
| 2 | Debtors' Motion For Joint Administration Of Chapter 11 Cases Pursuant To Rule 1015(B) Of The Federal Rules Of Bankruptcy Procedure And Local Bankruptcy Rule 1015-1 |
| 6 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 345(b) And 503(b)(1) And Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use Of Existing (A) Bank Accounts, (B) Cash Management System And (C) Business Forms, Books And Records; (II) Authorizing Continued Intercompany Transactions And Providing Administrative Priority Status To Postpetition Intercompany Claims; And (III) Waiving On An Interim Basis Debtors' Compliance With Investment Guidelines |
| 10 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief (the "Employee Motion")[4] |

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **December 21, 2010 at 11:00 a.m. (ET)** on the following motions and

---

[4] The hearing on the Employee Motion will be solely as it relates to Prepetition Wages and Salaries (as defined in the Employee Motion) and other supplemental relief related thereto. The remainder of the relief requested in the Employee Motion will be heard at the First Day Hearing (as defined below).

supporting documents requesting certain "first day" relief (collectively, the "First Day Motions"), which were filed by the Debtors in connection with the Cases.

| D.I. NO. | TITLE |
|---|---|
| 4 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 341 And 28 U.S.C. § 156(c) Authorizing The Debtors To File (A) Consolidated List Of Creditors And (B) Consolidated List Of Debtors' Top Thirty Creditors |
| 5 | Debtors' Motion For Entry Of An Order Pursuant To 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) And Local Bankruptcy Rule 2002-1(f) Authorizing The Retention Of Donlin, Recano & Company, Inc. As Claims, Noticing, And Balloting Agent To The Debtors And Debtors-In-Possession |
| 7 | Debtors' Motion For Entry Of An Interim And Final Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices, (II) Deeming Utilities Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment |
| 8 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing Debtors To (A) Pay Prepetition Amounts To Continue Prepetition Insurance Policies, And (B) Pay Certain Prepetition Expenses Related To Their Workers' Compensation Programs; And (II) Authorizing And Directing Financial Institutions To Honor Related Checks And Electronic Payment Requests |
| 9 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(d), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition Taxes (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests For Payment Of Such Amounts And (III) Granting Related Relief |
| 10 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief |
| 11 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To (A) Honor And Perform Certain Prepetition Obligations To Customers; (B) Continue Customer Programs And (C) Honor Certain Other Prepetition Obligations Necessary To Maintain The Existence Of Customer Programs And (II) Granting Related Relief |

| 12 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 Authorizing The Debtors To Honor Prepetition Obligations To And Continue Prepetition Practices With Shippers, Warehousemen And Other Lien Claimants |
|---|---|
| 13 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363, 364, 503(b), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 Authorizing The Debtors To Honor Prepetition Claims Of Feed Ingredient Suppliers And Sales Brokers |
| 14 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363, 364, 503(b), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 Authorizing The Debtors To (I) Honor Prepetition Obligations To And (II) Continue Prepetition Practices With Certain Critical Vendors |
| 15 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363, 364, 503(b), 1107(a) And 1108 And Fed. R. Bankr. P. 6003 And 6004 Authorizing The Debtors To Honor Prepetition Obligations To Growers |
| 16 | Motion Of Debtors For Orders (A) Authorizing Debtors (I) To Obtain Post-Petition Financing And Granting Security Interests And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. § 364; (II) To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (III) To Provide Adequate Protection Pursuant To 11 U.S.C. § 361; And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements |

Copies of the Limited Relief Motions and the First Day Motions may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Motions will be available for download from the website of the Debtors' proposed claims, notice and balloting agent, Donlin, Recano & Company, Inc., at www.donlinrecano.com/townsends. Requests for copies of the Motions and further information regarding the Interim Hearing and First Day Hearing may also be made to proposed counsel for the Debtors at the telephone numbers listed below.

December 20, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors and Debtors-in-Possession*

3960363.1