# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## FIRST-DAY HEARING ON DECEMBER 20, 2010 AT 2:00 P.M. (EASTERN TIME)[2]

MATTERS GOING FORWARD:

1. Debtors' Motion For Joint Administration Of Chapter 11 Cases Pursuant To Rule 1015(B) Of The Federal Rules Of Bankruptcy Procedure And Local Bankruptcy Rule 1015-1 (D.I. 2, Filed 12/19/10).

   Status:   This matter is going forward.

2. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 345(b) And 503(b)(1) And Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use Of Existing (A) Bank Accounts, (B) Cash Management System And (C) Business Forms, Books And Records; (II) Authorizing Continued Intercompany Transactions And Providing Administrative Priority Status To Postpetition Intercompany Claims; And (III) Waiving On An Interim Basis Debtors' Compliance With Investment Guidelines (D.I. 6, Filed 12/19/10).

   Status:   This matter is going forward.

3. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief (D.I. 10, Filed 12/19/10).

   Status:   This matter is going forward solely as it relates to Prepetition Wages and Salaries (as defined in the Employee Motion) and other supplemental relief related thereto. The

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

remainder of the relief requested in the Employee Motion will be heard at the hearing on December 21, 2010 at 11:00 a.m.

December 20, 2010  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors and Debtors-in-Possession*

3968854.1