UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| TOWNSENDS, INC., *et al.* | : | Case No. 10-14092 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **International Paper Co.,** Attn: Ronald Borcky, 4049 Willow Lake Blvd., Memphis, TN 38118, Phone: 901-419-1295, Fax: 901-419-1238

2. **Commodity Specialists Company**, Attn: Wesley J. Mahlberg, 920 Second Avenue South, Suite 850, Minneapolis, MN 55402, Phone: 612-330-9101, Fax: 612-330-9890

3. **Cargill Inc.**, Attn: Paul D. Calahan, 2309 East Front Street, Kansas City, MO 64120, Phone: 816-245-0571

4. **Novus International Inc.**, Attn: Gerald Sahd, 20 Research Park Drive, Saint Charles, MO 63304, Phone: 636-926-7415, Fax: 314-576-6041

5. **Install Inc.**, Attn: Virginia Jones, 209 Sycamore Street, PO Box 1323, Sanford, NC 27331, Phone: 919-774-0506, Fax: 919-774-1250


                                                    ROBERTA A. DeANGELIS
                                                    United States Trustee, Region 3


                                                    /s/ Mark S. Kenney for
                                                    T. PATRICK TINKER
                                                    ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: December 29, 2010

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek C. Abbott, Esquire, Phone: (302) 685-9200, Fax: (302) 685-3989