# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>TOWNSENDS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14092 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears as counsel for and on behalf of the Official Committee of Unsecured Creditors (the "Committee") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that the Committee requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> **LOWENSTEIN SANDLER PC**
> 65 Livingston Avenue
> Roseland, NJ 07068
> (973) 597-2500 (Telephone)
> (973) 597-2400 (Facsimile)

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947

Attn: Bruce Buechler, Esq.
E-mail: bbuechler@lowenstein.com
Attn: Jeffrey D. Prol, Esq.
E-mail: jprol@lowenstein.com
Attn: Bruce Nathan, Esq.
E-mail: bnathan@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: December 30, 2010

**LOWENSTEIN SANDLER PC**

*/s/ Bruce Buechler*
Bruce Buechler, Esq.
Jeffrey D. Prol, Esq.
Bruce Nathan, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

Proposed Counsel to the Official
Committee of Unsecured Creditors