**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>TOWNSENDS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14092 (CSS)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL IN SUPPORT OF APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF DECEMBER 29, 2010**

Bruce Buechler, Esq., pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a member of the law firm of Lowenstein Sandler PC ("Lowenstein Sandler"), which maintains offices at 65 Livingston Avenue, Roseland, New Jersey 07068. I am an attorney duly admitted to practice in the State of New Jersey and the State of New York.

2. This Certification is submitted in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an Order authorizing and approving the employment and retention of Lowenstein Sandler as counsel to the Committee, effective as of December 29, 2010.

3. The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

(a) providing legal advice as necessary with respect to the Committee's powers and duties as an official committee appointed under 11 U.S.C. § 1102;

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947

(b) assisting the Committee in investigating the acts, conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtors' businesses, potential claims, and any other matters relevant to the case, to the sale of assets or to the formulation of a plan of reorganization (a "Plan");

(c) participating in the formulation of a Plan;

(d) providing legal advice as necessary with respect to any disclosure statement and Plan filed in this case and with respect to the process for approving or disapproving disclosure statements and confirming or denying confirmation of a Plan;

(e) preparing on behalf of the Committee, as necessary, applications, motions, complaints, answers, orders, agreements and other legal papers;

(f) appearing in Court to present necessary motions, applications, and pleadings, and otherwise protecting the interests of those represented by the Committee;

(g) assisting the Committee in requesting the appointment of a trustee or examiner, should such action be necessary; and

(h) performing such other legal services as may be required and be in the interest of the Committee and creditors.

4. Subject to the Court's approval and pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the rules and other procedures which this Court may fix, Lowenstein Sandler shall seek compensation on an hourly basis, plus reimbursement of the actual and necessary expenses that Lowenstein Sandler incurs in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

5. Lowenstein Sandler intends to apply for compensation for professional services rendered in connection with this bankruptcy case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, and any Order of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Lowenstein Sandler. Set forth below is a schedule of hourly rates:

| | |
|---|---|
| Members (principals) of the Firm | \$440 - \$825 |
| Senior Counsel (generally 10 or more years experience) | \$390 - \$575 |
| Counsel | \$340 - \$575 |
| Associates (generally less than 6 years experience) | \$235 - \$450 |
| Paralegals and Assistants | \$145 - \$215 |

6. The charges for the attorneys and legal assistants who will render services to the Committee are based upon actual time charges on an hourly basis and based upon the experience and expertise of the attorney or legal assistant involved. The hourly rates set forth above are subject to periodic adjustments (generally on July 1st of each year) to reflect economic and other conditions.

7. Lowenstein Sandler will not share with any other entity, other than with members of Lowenstein Sandler, any compensation paid.

8. Lowenstein Sandler has in the past represented, currently represents, and may in the future represent entities that are claimants or interest-holders of the Debtors in matters wholly unrelated to the Debtors' pending bankruptcy cases. Lowenstein Sandler, which employs approximately 260 attorneys, has a large and diversified legal practice that encompasses the representation of many individuals, financial institutions and commercial corporations. Some of those entities are or may consider themselves to be creditors or parties in interest in the Debtors' pending bankruptcy cases or to otherwise have interests in the case. If Lowenstein Sandler has such clients, it will not represent those clients in any matter related to the Debtors.

9. Insofar as I have been able to ascertain through diligent inquiry as of the date hereof, except as set forth below, Lowenstein Sandler has no connection with the Debtors, its

creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee, any person employed in the office of the United States Trustee in Wilmington, Delaware or the Bankruptcy Judge to whom these cases have been assigned, and does not hold or represent any entity having an adverse interest to the Committee or the Debtors' unsecured creditors in connection with the Debtors' bankruptcy cases.

10. Lowenstein Sandler has previously represented, currently represents, and may represent in the future the entities described below (or their affiliates), in matters wholly unrelated to the Debtors' bankruptcy cases.

A. Debtors. To the best of its knowledge, Lowenstein Sandler does not have any relationship with the Debtors.

B. Present and Former Officers and Directors. To the best of its knowledge, Lowenstein Sandler has never represented and does not currently represent any of the officers or directors of the Debtors of which Lowenstein Sandler is aware at the present time. Lowenstein Sandler has been advised of the following officers and/or directors: Dalton Edgecomb, David Purtle, George White and Michael Schall.

C. Financial Creditors. To the best of its knowledge, Lowenstein Sandler does not have any relationship with the Debtors' pre-petition and DIP lenders, Wilmington Trust Company ("WTC"), Agstar Financial Services, PCA, Greenstone Farm Credit Services and PNC Bank, NA, except that Lowenstein Sandler has previously represented WTC as an indenture trustee in a matters wholly unrelated to the Debtors and currently represents WTC in its capacity as the liquidating trustee of the PCAA Creditors' Liquidation Trust in the PCAA Holdings, et al., cases pending before Judge Walrath. The final distribution to unsecured creditors in the PCAA Holdings case was mailed out in late December 2010.

D. Trade Creditors. To the best of its knowledge, except as otherwise stated herein, Lowenstein Sandler does not have any relationship with the Debtors' trade creditors, their affiliates or related parties based on a search of the Debtors thirty (30)

largest unsecured creditors. However, Lowenstein Sandler has represented and/or represents the following unsecured creditors in matters unrelated to the Debtors: International Paper and Cargill, Inc. In addition, the following unsecured creditors of the Debtors have been or are members of official committees of unsecured creditors represented by Lowenstein Sandler: International Paper, Cargill, Inc., Archer Daniels Midland Corporation and Georgia Pacific Corp.

E. Professionals Representing the Debtors. As part of its practice, Lowenstein Sandler appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants, real estate consultants and investment bankers, including other professionals representing the Debtors. In certain instances, such professionals may be clients of Lowenstein Sandler. However, neither the Debtors' counsel nor the Debtors' financial advisors are or have been represented by Lowenstein Sandler.

F. Professionals Representing Other Parties in Interest. As part of its practice, Lowenstein Sandler appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent creditors, stockholders and other parties in interest in this case. Lowenstein Sandler does not and will not represent any attorneys, accountants, financial consultants or investment bankers for parties in interest with respect to the Debtors.

G. Debtors' Other Principals or Equity Owners. Lowenstein Sandler does not represent the Debtors' disclosed equity owners: The Indian River Trust, John M. Townsend, Laura T. Faber, P. Coleman Townsend and Susan M. Townsend.

H. Other Matters. Lowenstein Sandler has numerous clients. Lowenstein Sandler does not have knowledge of the full creditor list of the Debtors. One or more creditors of the Debtors may be a client of Lowenstein Sandler in some capacity. Further, certain creditors of the Debtors may be divisions or subsidiaries of companies represented by Lowenstein Sandler. Thus, even a conflict check on the entire list of

creditors of the Debtors may be a client of Lowenstein Sandler in some capacity. Further, certain creditors of the Debtors may be divisions or subsidiaries of companies represented by Lowenstein Sandler. Thus, even a conflict check on the entire list of creditors of the Debtors may not reveal completely whether any creditors of the Debtors are clients of Lowenstein Sandler. If, as and when Lowenstein Sandler discovers that a creditor of the Debtors is a client of Lowenstein Sandler, further disclosure will be made.

11. Lowenstein Sandler will not represent any entity other than the Committee in connection with this case.

12. To the best of my knowledge, Lowenstein Sandler does not hold an interest adverse to the Debtors' estates and is a disinterested person, as that term is defined in 11 U.S.C. § 101(14).

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated: January 6, 2011

Bruce Buechler

Bruce Buechler, Esq.