# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### FIRST-DAY HEARING ON JANUARY 13, 2011 AT 10:00 A.M. (EASTERN TIME)[2]

ADJOURNED MATTERS:

1. Motion Of Debtors For Orders (A) Authorizing Debtors (I) To Obtain Post-Petition Financing And Granting Security Interests And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. § 364; (II) To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (III) To Provide Adequate Protection Pursuant To 11 U.S.C. § 361; And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements (D.I. 16, Filed 12/19/10).

    Related Pleadings:

    a. Interim Order (A) Authorizing Debtors To Obtain First-Priority Secured Post-Petition Financing, (B) Authorizing The Debtors To Cash Collateral Of Existing Secured Lenders, And Providing Related Adequate Protection, And (C) Prescribing Form And Manner Of Notice And Setting The Time For The Final Hearing (D.I. 69, Entered 12/22/10); and

    b. Notice Of Hearing (D.I. 90, Filed 12/23/10).

    Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 18, 2011 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

    Responses Received: None to date.

    Status: This matter has been adjourned to the hearing on January 21, 2011 at 11:00 a.m.

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

2. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(c) And 9006(b) And Del. Bankr. L.R. 1007-1 For Entry Of An Order Granting The Debtors An Extension Of Time To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 18, Filed 12/19/10).

   Related Pleadings:

   a. Notice Of Hearing (D.I. 51, Filed 12/21/10).

   Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

   Responses Received:

   a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(c) And 9006(b) And Del. Bankr. L.R. 1007-1 For Entry Of An Order Granting The Debtors An Extension Of Time To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 134, Filed 1/6/11).

   Status: This matter has been adjourned to the hearing on January 21, 2011 at 11:00 a.m.

3. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving (I) Retention And Employment Of Huron Consulting Group Nunc Pro Tunc To The Petition Date, And (II) Debtors Employment Of Dalton T. Edgecomb As Chief Restructuring Officer (D.I. 81, Filed 12/22/10).

   Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the United States Trustee and the DIP Lenders and extended to January 18, 2011 at 5:00 p.m. for the Official Committee of Unsecured Creditors.

   Responses Received: Informal comments from the United States Trustee and the Official Committee of Unsecured Creditors.

   Status: This matter has been adjourned to the hearing on January 21, 2011 at 11:00 a.m.

UNCONTESTED MATTERS GOING FORWARD:

4. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief (D.I. 10, Filed 12/19/10).

Related Pleadings:

a. Interim Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief (D.I. 30, Entered 12/20/10);

b. Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), 363(c), 541(b)(7), 541(d), 1107(a), And 1108 And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing The Debtors To Pay Certain Prepetition (A) Wages, Salaries And Other Compensation And (B) Employee Medical And Similar Benefits; (II) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests; And (III) Granting Related Relief (D.I. 42, Entered 12/21/10); and

c. Notice Of Hearing (D.I. 55, Filed 12/21/10).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

Responses Received: None.

Status: This matter is going forward.

5. Debtors' Motion For Entry Of An Administrative Order Pursuant To 11 U.S.C. §§ 105(a) And 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For Interim Compensation Of Fees And Reimbursement Of Expenses Of Professionals And Official Committee Members (D.I. 17, Filed 12/19/10).

Related Pleadings:

a. Notice Of Hearing (D.I. 51, Filed 12/21/10).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

Responses Received: None.

Status: This matter is going forward.

6.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 327 And Fed. R. Bankr. P. 2014 Authorizing The Debtors To Retain And Employ Professionals Used In The Ordinary Course Of Business Nunc Pro Tunc To The Petition Date (D.I. 70, Filed 12/22/10).

    Objection Deadline:  January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

    Responses Received:  Informal comments from the United States Trustee.

    Status:  This matter is going forward.

7.  Debtors' Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(e) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment Of McKenna Long & Aldridge LLP As Special Counsel To The Debtors, Nunc Pro Tunc To The Petition Date (D.I. 71, Filed 12/22/10).

    Related Pleadings:

    a.  Supplemental Declaration Of J. Michael Levengood Pursuant To Del. Bankr. L.R. 2014-1(a) In Support Of The Debtors' Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(e) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment Of McKenna Long & Aldridge LLP As Special Counsel To The Debtors, Nunc Pro Tunc To The Petition Date (D.I. 97, Filed 12/30/10).

    Objection Deadline:  January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

    Responses Received:  None.

    Status:  This matter is going forward.

8.  Debtors' Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(a) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Bankruptcy Counsel To The Debtors, Nunc Pro Tunc To The Petition Date (D.I. 73, Filed 12/22/10).

    Related Pleadings:

    a.  Supplemental Declaration Of Derek C. Abbott, Esq. In Support Of The Debtors' Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(a) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Bankruptcy Counsel To The Debtors, Nunc Pro Tunc To The Petition Date (D.I. 129, Filed 1/5/11).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

Responses Received: None.

Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD

9. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a), 345(b) And 503(b)(1) And Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use Of Existing (A) Bank Accounts, (B) Cash Management System And (C) Business Forms, Books And Records; (II) Authorizing Continued Intercompany Transactions And Providing Administrative Priority Status To Postpetition Intercompany Claims; And (III) Waiving On An Interim Basis Debtors' Compliance With Investment Guidelines (D.I. 6, Filed 12/19/10).

   Related Pleadings:

   a. Order Pursuant To 11 U.S.C. §§ 105(a), 345(b) And 503(b)(1) And Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use Of Existing (A) Bank Accounts, (B) Cash Management System And (C) Business Forms, Books And Records; (II) Authorizing Continued Intercompany Transactions And Providing Administrative Priority Status To Postpetition Intercompany Claims; And (III) Waiving On An Interim Basis Debtors' Compliance With Investment Guidelines (D.I. 29, Entered 12/20/10); and

   b. Notice Of Hearing (D.I. 54, Filed 12/21/10).

   Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

   Responses Received: Informal comments from the United States Trustee.

   Status: This matter is going forward.

10. Debtors' Motion For Entry Of An Interim And Final Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices, (II) Deeming Utilities Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment (D.I. 7, Filed 12/19/10).

   Related Pleadings:

   a. Interim Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices, (II) Deeming Utilities Adequately Assured Of Future

Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment (D.I. 52, Entered 12/21/10); and

b.     Notice Of Hearing (D.I. 58, Filed 12/21/10).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

Responses Received:

a.     Objection Of Public Service Of North Carolina, Incorporated To Debtors' Motion For Entry Of An Interim And Final Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices, (II) Deeming Utilities Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment (D.I. 123, Filed 1/5/11/);

b.     Objection Of Certain Utility Companies To The Motion For Entry Of An Interim And Final Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices, (II) Deeming Utilities Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment (D.I. 125, Filed 1/5/11); and

c.     Informal comments from Entergy Arkansas, Inc.

Status: This matter is going forward. The Debtors intend to hand up a revised form of order at the hearing.

11.     Debtors' Application For Entry Of An Order Under 11 U.S.C. §§ 327 And 328, Fed. R. Bankr. P. 2014 And 2016 And Del. Bankr. L.R. 2014-1 Authorizing Retention And Employment Of SSG Capital Advisors, LLC As Investment Banker To The Debtors Nunc Pro Tunc To The Petition Date (D.I. 72, Filed 12/22/10).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the United States Trustee and the DIP Lenders.

Responses Received: Informal comments received from the DIP Lenders and the Unites States Trustee.

Status: This matter is going forward. The Debtors intend to hand up a revised form of order at the hearing.

| | |
|---|---|
| January 11, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |

4005571.1