# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Townsends, Inc. | | |
| **Case Number:** | 10-14092-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 13, 2011 10:00 AM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

## *Matter:*

Second Day Hearing

**R / M #:**   0 / 0

## *Appearances:*

See sign-in sheet

## *Proceedings:*

Hearing Matters

Hearing held.

Judge signed orders.