# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TOWNSENDS, INC., *et al.*,[1] | ) Case No. 10-14092 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 71** |

## ORDER PURSUANT TO 11 U.S.C. §§ 327(e) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MCKENNA LONG & ALDRIDGE LLP AS BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Application (the "Application")[2] of the above-captioned debtors and

debtors in possession (the "Debtors") for entry of an order (this "Order"), pursuant to sections

327(e) and 1107 of title 11 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local

Rule 2014-1 and 2016-1, authorizing the Debtors to retain and employ McKenna Long &

Aldridge LLP ("McKenna") as special counsel *nunc pro tunc* to the Petition Date; and upon the

White Declaration; and upon the Levengood Declaration, which is annexed to the Application as

**Exhibit A**; and the Court being satisfied that McKenna represents no interest adverse to the

Debtors' estates with respect to the matters on which McKenna is to be employed, that McKenna

is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and

that the employment of McKenna is necessary and in the best interests of the Debtors and their

estates; and the Court having jurisdiction over the Application pursuant to 28 U.S.C.

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Application.

§157(b)(2)(A); and due and sufficient notice of the Application having been given; and it appearing that no other or further notice need be provided; and this Court having determined that the relief requested in the Application is just and proper; and it appearing that the relief requested by the Application is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED.

2.    The Debtors are authorized to retain and employ McKenna as special counsel in these Chapter 11 Cases *nunc pro tunc* to the Petition Date for all purposes set forth in the Application.

3.    The compensation to be paid to McKenna for professional services rendered and reimbursement for expenses incurred by it shall be as determined by this Court upon proper application pursuant to sections 330 and 331 of the Bankruptcy Code.

4.    The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.    This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____1/13_____, 2011
         Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE