IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 21, 2011 AT 11:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED MATTERS

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

    None at this time.

UNCONTESTED MATTERS GOING FORWARD

    None at this time.

CONTESTED MATTERS

1. Motion Of Debtors For Orders (A) Authorizing Debtors (I) To Obtain Post-Petition Financing And Granting Security Interests And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. § 364; (II) To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (III) To Provide Adequate Protection Pursuant To 11 U.S.C. § 361; And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements (D.I. 16, Filed 12/19/10).

   Response Deadline: January 6, 2011 at 4:00 p.m., extended to January 20, 2011 at 12:00 p.m. for the Official Committee of Unsecured Creditors.

   Responses Received:

   a. Limited Objection Of United States Cold Storage, Inc. To Motion Of Debtors For Orders (A) Authorizing Debtors (I) To Obtain Post-Petition Financing And Granting

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

Security Interests And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. § 364; (II) To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (III) To Provide Adequate Protection Pursuant To 11 U.S.C. § 361; And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements (D.I. 166, Filed 1/19/11)**; and**

b. **Objection Of The Official Committee Of Unsecured Creditors To The Debtors' Motion For Orders (A) Authorizing Debtors (I) To Obtain Post-Petition Financing And Granting Security Interests And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. § 364; (II) To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (III) To Provide Adequate Protection Pursuant To 11 U.S.C. § 361; And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements (D.I. 180, Filed 1/20/11).**

Related Documents:

a. Interim Order (A) Authorizing Debtors To Obtain First-Priority Secured Post-Petition Financing, (B) Authorizing The Debtors To Cash Collateral Of Existing Secured Lenders, And Providing Related Adequate Protection, And (C) Prescribing Form And Manner Of Notice And Setting The Time For The Final Hearing (D.I. 69, Entered 12/22/10);

b. Notice Of Hearing (D.I. 90, Filed 12/23/10)**; and**

c. **Stipulation Between The Debtors And The Official Committee Of Unsecured Creditors Regarding Certain Objection Deadlines (D.I. 175, Filed 1/19/11).**

Status:  This matter is going forward.

2. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(c) And 9006(b) And Del. Bankr. L.R. 1007-1 For Entry Of An Order Granting The Debtors An Extension Of Time To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 18, Filed 12/19/10).

Response Deadline:  January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the DIP Lenders.

Responses Received:

a. Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(c) And 9006(b) And Del. Bankr. L.R. 1007-1 For Entry Of An Order Granting The Debtors An Extension Of Time To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 134, Filed 1/6/11).

Related Documents:

a. Notice Of Hearing (D.I. 51, Filed 12/21/10).

Status: This matter is going forward.

3. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving (I) Retention And Employment Of Huron Consulting Group Nunc Pro Tunc To The Petition Date, And (II) Debtors Employment Of Dalton T. Edgecomb As Chief Restructuring Officer (D.I. 81, Filed 12/22/10).

Objection Deadline: January 6, 2011 at 4:00 p.m., extended to January 10, 2011 at 4:00 p.m. for the United States Trustee and the DIP Lenders and extended to January 20, 2011 at 12:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received: Informal comments from the United States Trustee.

**a. Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving (I) Retention And Employment Of Huron Consulting Group Nunc Pro Tunc To The Petition Date, And (II) Debtors Employment Of Dalton T. Edgecomb As Chief Restructuring Officer (D.I. 179, Filed 1/20/11).**

Related Documents:

**a. Stipulation Between The Debtors And The Official Committee Of Unsecured Creditors Regarding Certain Objection Deadlines (D.I. 175, Filed 1/19/11).**

Status: This matter is going forward.

| | |
|---|---|
| January 20, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4042078.3