IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 28, 2011 AT 11:00 A.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED MATTERS

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

None at this time.

UNCONTESTED MATTERS GOING FORWARD

None at this time.

CONTESTED MATTERS

1. Debtors' Motion For Orders (I) (A) Approving (i) Bidding Procedures; (ii) Bid Protections; (iii) Auction Procedures; And (iv) Assumption And Assignment Procedures; (B) Approving Notice Procedures For (i) The Solicitation Of Bids, (ii) An Auction; (C) Scheduling Hearings On Approval Of A Sale Or Sales Of Substantially All Of Debtors' Assets; And (D) Granting Related Relief; And (II) Approving The Sale Or Sales Of Substantially All Of The Debtors' Assets And (B) Approving The Assumption And Assignment Of Contracts And Leases (D.I. 195, Filed 1/24/11).

   Response Deadline: At the hearing.

   Responses Received: None as of the filing of this agenda.

---

1 The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

2 The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

Related Documents:

a. Debtors' Motion For An Order Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I) (A) Approving (i) Bidding Procedures; (ii) Bid Protections; (iii) Auction Procedures; And (iv) Assumption And Assignment Procedures; (B) Approving Notice Procedures For (i) The Solicitation Of Bids, (ii) An Auction; (C) Scheduling Hearings On Approval Of A Sale Or Sales Of Substantially All Of Debtors' Assets; And (D) Granting Related Relief; And (II) Approving The Sale Or Sales Of Substantially All Of The Debtors' Assets And (B) Approving The Assumption And Assignment Of Contracts And Leases (D.I. 196); and

b. Order Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I) (A) Approving (i) Bidding Procedures; (ii) Bid Protections; (iii) Auction Procedures; And (iv) Assumption And Assignment Procedures; (B) Approving Notice Procedures For (i) The Solicitation Of Bids, (ii) An Auction; (C) Scheduling Hearings On Approval Of A Sale Or Sales Of Substantially All Of Debtors' Assets; And (D) Granting Related Relief; And (II) Approving The Sale Or Sales Of Substantially All Of The Debtors' Assets And (B) Approving The Assumption And Assignment Of Contracts And Leases (D.I. 198, Entered 1/25/11).

Status: This matter is going forward.

January 26, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors-in-Possession*

4056595.1