**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| TOWNSENDS, INC., *et al.*,[1] | ) | Case No. 10-14092 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing Date: February 17, 2011 at 1:00 p.m. (ET)**<br>**Objection Deadline: February 16, 2011 at 4:00 p.m. (ET)** |

**NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) BIDDING PROCEDURES; (III) AUCTION; (IV) SALE HEARING AND (V) RELATED RELIEF AND DATES**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST PLEASE TAKE NOTICE:**

Chapter 11 Petitions. On December 19, 2010 the debtors and debtors-in-possession in the above-captioned cases (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Sale Motion. On January 24, 2011 the Debtors filed their motion with the United States Bankruptcy Court for the District of Delaware for the entry of: (a) an order that (i) approves bidding procedures (the "Bidding Procedures"); (ii) approves the form and manner of notice of the sale or sales of the Debtors' assets (the "Assets"); (iii) approves the form and manner of notice of the assumption and assignment, including cure amounts, of executory contracts and unexpired leases; (iv) establishes the date for an auction (the "Auction"); (v) establishes dates for a sale hearing (the "Sale Hearing"); and (vi) grants related relief; and (b) an order that (i) approves the sale or sales of some or all of the Debtors' assets free and clear of all liens, claims, interests, and encumbrances to a stalking horse purchaser or its designee (the "Stalking Horse Purchaser"), should one be selected by the Debtors, or to another successful bidder(s) at the auction (with the Stalking Horse Purchaser, the "Purchaser"); (ii) authorizes the Debtors to assume and assign assigned contracts and leases; and (iii) grants related relief (the "Sale Motion").

The Bidding Procedures Order. Following an initial hearing on certain relief requested by the Sale Motion on January 28, 2011, the Bankruptcy Court [D.I. 220] entered an Order (the "Bidding Procedures Order").

Auction and Bid Deadline. Pursuant to the terms of the Bidding Procedures Order, the Auction shall take place on **February 15, 2011 at 9:00 a.m. (ET)** at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware 19801. Only parties that have submitted a Qualifying Bid (as defined in the Sale Procedures attached to the Bidding Procedures Order) by no later than **February 14, 2011 at 12:00 p.m.** (the "Bid Deadline") may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Assets must submit their competing bid prior to Bid Deadline and in accordance with the Bidding Procedures. The Stalking Horse Purchaser, if applicable, parties who submit Qualified Bids prior to the Bid Deadline, the Creditors' Committee, representatives of the Debtors' secured lenders, the Debtors and the professionals of the foregoing shall be entitled to attend and be heard at the Auction. Any creditors of the Debtors who wish to attend the Auction may do so but must give notice of their attendance to counsel to the Debtors in writing on or prior to the Bid Deadline. **ALL SALE(S) SHALL BE SUBJECT TO THE APPROVAL OF THE BANKRUPTCY COURT.** The proceedings at the Auction will be transcribed by a court reporter.

Sale Hearing. The Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder (as defined in the Bidding Procedures) free and clear of all liens, claims, encumbrances and interests is currently scheduled to be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor,

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

Courtroom No. 6, Wilmington, Delaware 19801 on **February 17, 2011 at 1:00 p.m. (ET)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

Sale Objections and Objection Deadline. Objections, if any, to the Sale and related relief requested in the Sale Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the Clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **February 16, 2011, at 4:00 p.m. (ET)**, or such later date and time as the Debtors may agree and (d) be served, by email, fax, or mail, so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) counsel for the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19899; Attn: Derek C. Abbott, Esq; Fax: 302-425-4664; Email: dabbott@mnat.com; (ii) investment banker for the Debtors: SSG Capital Advisors, LLC, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive, West Conshohocken, PA, 19428; Attn: J. Scott Victor, Esq.; Fax:610-940-3875; Email: jsvictor@ssgca.com; (ii) counsel for the Debtors' secured lender: Greenberg Traurig, LLP, 2700 Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103; Attn: Diane Vuocolo, Esq.; Fax: 215-717-5230; Email: vuocolod@gtlaw.com; (iii) counsel to the Creditors' Committee: Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068; Attn: Bruce D. Buechler, Esq.; Fax: 973-597-2309; Email: bbuechler@lowenstein.com and Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Ste. 1501, Wilmington, DE 19801; Attn: Steven K. Kortanek; Fax: 302-661-7728; Email: skortanek@wcsr.com; and (iv) counsel for the Stalking Horse Purchaser, if applicable; and (v) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Lockbox 35, Wilmington, Delaware 19801; Attn: Mark Kenney, Esq.

Reference to and Copies of Sale Documents and Dates Set forth in This Notice. This Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Motion, the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Bidding Procedures Order and the Sale Procedures may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov (the "Electronic Court Docket"). Please note that prior registration with the PACER service center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Motion, the Sale Procedures Order and the Sale Procedures Order will be available for download from the website of the Debtors' noticing agent, Donlin, Recano & Company, Inc., at www.donlinrecano.com/townsends. Requests for copies of the Motion and further information regarding the foregoing may also be made to the undersigned counsel.

**DATES SET FORTH IN THIS NOTICE ARE SUBJECT TO CHANGE BY ORDER OF THE BANKRUPTCY COURT AND FURTHER NOTICE OF SUCH CHANGES MAY NOT BE PROVIDED EXCEPT THROUGH ANNOUNCEMENTS IN OPEN COURT AND/OR THE FILING OF NOTICES AND/OR AMENDED AGENDAS. PARTIES IN INTEREST ARE ENCOURAGED TO MONITOR THE ELECTRONIC COURT DOCKET AND/OR THE NOTICING AGENT WEBSITE FOR FURTHER UPDATES.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT CERTAIN OF THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

January 28, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors-in-Possession*

4062136.1