# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Townsends, Inc.   Case No. 10-14092

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | TERRY EDDLEMAN D/B/A EDDLEMAN FARMS<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Court Claim # (if known): 381<br>Amount of Claim: USD$41,131.50<br><br>USD$40,038.88 Allowed Administrative Expense Claim<br><br>Date Claim Filed: 02/16/2011 |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Phone: (501) 279-4431<br>Last four digits of Acct.#: N/A |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>TERRY EDDLEMAN D/B/A EDDLEMAN FARMS<br>465 Warnell Road<br>Searcy, AR 72143 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                                                 Date: March 17, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: TOWNSEND FARMS OF ARKANSAS, INC. ("Debtor")
Case No. 10-14095
Jointly Administered under TOWNSENDS, INC., Case No. 10-14092

Claim # 381
Allowed Administrative Expense Claim of USD$40,038.88

**TERRY EDDLEMAN D/B/A EDDLEMAN FARMS**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Aggregate Claim in the amount of $41,131.50 **and allowed in the amount of USD$40,038.88** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __15__ DAY OF __MARCH__, 2011.

ASSIGNOR: TERRY EDDLEMAN D/B/A
EDDLEMAN FARMS

_Terry Eddlem_
(Signature)

_Terry Eddleman_
(Print Name)

_Owner_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_[signature]_
(Signature)

_Terrel Ross_
(Print Name)

Managing Member
(Title)



PROFESSIONAL LOG IN
user name [Log In]
Forgot your password?

HOME | ABOUT DRC | SOLUTIONS | TECHNOLOGY | WORK | NEWS ROOM | CONTACT US

## Townsends, Inc., et al.

Case Home Page | Search Creditors/Claims | Proof Of Claim Form | Court Docket | Change Client

**Claim #: 381**   Classif: ADMINISTRATIVE CLAIM :
TERRY EDDLEMAN
D/B/A EDDLEMAN FARMS
C/O MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, JR.
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

View first page of claim

| | |
|---|---|
| Debtor | TOWNSENDS, INC. Case # : 10-14092 |
| Filed | 02/16/2011 |
| Claim Amt | $41,131.50   Allowed : $40,038.68 |
| Status | ALLOWED AS A 503(B)(9) ADMINISTRATIVE CLAIM PER ORDER-DKT 435 Docketed : 03/11/2011 Docket # : 435 |

**Claim #: 70010**   Classif: ADMINISTRATIVE CLAIM :
TERRY EDDLEMAN
D/B/A EDDLEMAN FARMS
C/O MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, JR.
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

WITHDRAWN / EXPUNGED

View first page of claim

| | |
|---|---|
| Debtor | TOWNSENDS, INC. Case # : 10-14092 |
| Filed | 02/16/2011 |
| Claim Amt | $41,131.50 |
| Status | PLEASE SEE CLAIM #381 DOCKET #299 DTD 2/16/11 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TOWNSENDS, INC., *et al.*,[1] | : | Case No. 10-14092 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 299** |

## ORDER GRANTING, IN PART, MOTION OF TERRY EDDLEMAN D/B/A EDDLEMAN FARMS FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(B)9)

**HAVING CONSIDERED** the *Motion of Terry Eddleman d/b/a Eddleman Farms ("Eddleman") for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)9)* (the "Motion") (Docket # 299), and the Court, having determined that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other and further notice is necessary; (iv) upon the record herein after due deliberation thereon good cause having been shown that the Court should grant the relief as set forth herein; and (vi) the Court, being advised that, to the extent provided herein, the instant Order resolves certain, but not all, matters raised in the Motion and the Opposition, and the Court noting that no other objections or responses to the Motion were filed; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Townsends, Inc. (0681); Townsend Farms, Inc. (5263); Townsends of Arkansas, Inc. (5644); Townsend Farms of Arkansas, Inc. (0027); and Crestwood Farms LLC (7388) c/o 22855 DuPont Boulevard, Georgetown, DE 19947.

IT IS HEREBY ORDERED THAT:

1. Eddleman is deemed to have an allowed administrative claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $40,038.88, calculated as follows: Contract #26387 1,158.57 bushels at $5.00/bu=$5,792.85; Contract #26523 5,754.29 bushels at $5.95/bu=$34,238.03.

2. Eddleman has not waived and thereby retains his right to renew his request for immediate and/or expedited payment on his administrative claim on proper notice to the Debtors, the Official Committee of Unsecured Creditors, if any, and parties in interest.

3. This Court shall retain jurisdiction over all matters arising out of or related to the Motion and this Order.

Dated: March 11, 2011

The Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE

ME1 11333128v.1