B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Townsends, Inc., et al., Jointly Administered               Case No.  10-14092

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Tannor Partners Credit Fund II, LP                    GAINES OIL COMPANY

    Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Name and Address where notices to transferor
should be sent:                                      should be sent:

Tannor Partners Credit Fund II, LP                   GAINES OIL COMPANY
200 Business Park Drive, Suite 200                   PO BOX 421
Armonk, New York 10504                               GOLDSTON, NC 27252
Phone: (914) 514-8300                                Phone: _____


                                                     Court Claim # (if known)_____
Last Four Digits of Acct #:_____           Amount of Claim: $2,712.00_____
                                                     Date Claim Filed: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Robert J. Tannor _____          Date:    3/24/2011_____
      Transferee/Transferee's Agent


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

# EVIDENCE OF TRANSFER

**GAINES OIL COMPANY** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund II, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all administrative claims of Assignor in the aggregate amount of $470.17 as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Townsends, Inc. et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 10-14092** or any other court with jurisdiction.

$21,712.00

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 3 day of 24 , 2011

By: _____
  (Signature of Authorized Party)

  _Gaines Oil Company_
  (Company Name)

  _Todd Gaines_
  (Print name of Authorized Party)

By: /s/ Robert J. Tannor
  Robert J. Tannor

Tannor Partners Credit Fund II, LP

  914-514-8300
  (Telephone Number)