# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Townsends, Inc., et al., Jointly Administered          Case No.  10-14092

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund II, LP

Name of Transferee

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund II, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300


Last Four Digits of Acct #:_____

GAINES OIL COMPANY

Name of Transferor

Name and Address where notices to transferor should be sent:

GAINES OIL COMPANY
P.O. BOX 421
GOLDSTON, NC 27252
Phone: _____

Court Claim # (if known)___99____
Amount of Claim: $3,182.17
Date Claim Filed:  2/14/2011

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:  /s/ Robert J. Tannor                          Date:  3/24/2011
          Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## EVIDENCE OF TRANSFER

**GAINES OIL COMPANY** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund II, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all administrative claims of Assignor in the aggregate amount of $~~$470.17~~ as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Townsends, Inc. et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 10-14092** or any other court with jurisdiction.

> $3,182.17   JEP

Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the _3_ day of _2 4_ , 2011

By: _____
    (Signature of Authorized Party)

_Gaines Oil Company_
    (Company Name)

_Todd Gaines_
    (Print name of Authorized Party)

By: _/s/ Robert J. Tannor_____
        Robert J. Tannor

_Tannor Partners Credit Fund II, LP_____

_____914-514-8300_____
    (Telephone Number)