Form 210A (12/09)

# United States Bankruptcy Court

## District Of Delaware

In re: Crestwood Farms LLC                                      Case No. 10-14096

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Fair Liquidity Partners LLC | Air Systems & Equipment Co. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Name and Address where notices to transferor should be sent: |
| | |
| Fair Liquidity Partners, LLC<br>1777 Saratoga Ave. # 106<br>San Jose, CA 95129<br>Phone: (408) 973-0600 | Air Systems & Equipment Co.<br>Attn: Vicky Parris<br>P.O. Box 1329<br>Conover, NC 28613<br>Phone: (828) 328-2256 |
| | |
| Last Four Digits of Acct#: _____ | Court Claim # (if known) n/a<br>Amount of Claim: $7,486.57<br>Date Claim Filed: n/a |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Maya Krish                          Date: 4/26/2011
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# FAIR LIQUIDITY PARTNERS, LLC

1777 Saratoga Ave
Suite #106
San Jose, CA 95129
(408) 973-0650

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re.<br><br>Townsends, Inc., et al<br><br>Debtor.<br>CRESTWOOD FARMS, LLC | Chapter 11<br><br>Case No. 10-14092-CSS |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE
Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled unsecured claim of AIR SYSTEMS & EQUIPMENT CO. ("Transferor") against the Debtor in the amount of **$7,486.57**, as listed within the Schedule of Assets and Liabilities, and all claims of Transferor have been transferred and assigned other than for security to Fair Liquidity Partners, LLC. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights thereunder to Fair Liquidity Partners, LLC upon terms as set forth herein and in the offer letter received. I authorize Fair Liquidity Partners, LLC to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $7,486.57 and has not been previously disallowed, objected to, sold, or satisfied. Upon notification by Fair Liquidity Partners, LLC, I agree to reimburse Fair Liquidity Partners, LLC a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, Fair Liquidity Partners, LLC assumes all risks associated with the debtors' ability to distribute funds. I agree to deliver to Fair Liquidity Partners, LLC any correspondence or payments received subsequent to the date of this agreement and authorize Fair Liquidity Partners, LLC to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

Transferor:
AIR SYSTEMS & EQUIPMENT CO., PO BOX 1329, CONOVER, NC 28613

Signature: Vicky Parris    Date: 04/14/11
Name: VICKY PARRIS    Phone: 828 328 2256
Title: Sec/Treas    Fax: 828 328 3840

Transferee:
Fair Liquidity Partners, LLC, 1777 Saratoga Ave. #106, San Jose, CA 95129

Signature: Maya Krish    Date: 4/25/11
Name: Maya Krish
Title: Vice President, Credit